1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   John Morales

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | JOHN MORALES,                         ) No. 1:11-CV-02031-AWI-MJS
                                           )
12 |         Plaintiff,                    ) **NOTICE OF VOLUNTARY DISMISSAL**
                                           ) **OF ACTION; ORDER**
13 |    vs.                                )
                                           )
14 | JOSE R. TREVINO,                      )
   | TRUSTEE/CONSERVATOR; et al.,          )
15 |                                       )
                                           )
16 |         Defendants.                   )
                                           )
17 |                                       )

18         WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19         WHEREAS, Plaintiff and Defendants have settled the matter;

20         WHEREAS, no counterclaim has been filed;

21         Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23 Date: February 28, 2012                MOORE LAW FIRM, P.C.

24

25
                                          /s/Tanya E. Moore
26                                        Tanya E. Moore
                                          Attorneys for Plaintiff John Morales
27

28 ///

*Morales v. Trevino, et al.*
Notice of Voluntary Dismissal; Order
                              Page 1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  February 28, 2012

CHIEF UNITED STATES DISTRICT JUDGE